# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

### 28 U.S.C. § 2254 HABEAS CORPUS PETITION
### CHALLENGING A PRISON DISCIPLINARY PROCEEDING

*[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]*

| | |
|---|---|
| Name (under which you were convicted):<br>Nykie Edwards | Case No. *[For a new case in this court, leave blank. The court will assign a case number.]*<br>ISP21·07·0022        3:21-cv-895 |
| Place of Confinement : Indiana State Prison | Earliest Possible Release Date:   2035 |

*[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.]*

1. Name of facility holding the hearing: Michigan City Indiana State Prison
    Date of hearing: 08/23/2021 . Case number: ISP21·07·0022
    Offense: Use/Possession Of A Dangerous/deadly Weapon
    Code # A-106 .        Did you plead guilty? ○ Yes. ⊗ No.

2. Lost earned credit time? ○ No. ⊗ Yes, I lost 180 days earned credit time.
    Was the loss of earned credit time suspended? ○ No. ⊗ Yes, it was suspended until: ____/____/_____.
    If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ____/____/_____.

3. Demoted in credit class? ⊗ No. ○ Yes, I was demoted from Class _____ to Class _____.
    Was the demotion suspended? ○ No. ○ Yes, it was suspended until: ____/____/_____.
    If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ____/____/_____.

4. Appealed to the Superintendent? ○ No. ⊗ Yes, the result was: My Appeal is denied

5. Appealed to Final Reviewing Authority? ○ No. ⊗ Yes, the result was: Denied

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ⊗ No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?
    ⊗ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

    ○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

*[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]*

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

*[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

**CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.**]

**GROUND ONE:** [*Briefly describe your claim.*] Lack of Evidence

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

I never saw any weapon. For this being my first A/B write up, I understand that there is suppose to be evidence showing a 'weapon' found. I asked for camera evidence and a picture of the weapon. These people shook my cell down without my presence. Then later say there was a weapon found, not inside my cell, but behind the cell on the midway range supposedly sticking out of my vent. I requested pictures supporting this claim. Also I asked for the weapon and bag be dusted for fingerprints I made it clear that the weapon could have fell from 500, 400, 300 or 200 range since I'm on 100 range. There was no evidence supporting a weapon sticking out of my vent.

Did you present Ground One to the Final Reviewing Authority? ☒ Yes. ◯ No, because _____

**GROUND TWO:** [*Briefly describe your claim.*] _____

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

Did you present Ground Two to the Final Reviewing Authority? ◯ Yes. ◯ No, because _____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**GROUND THREE:** [*Briefly describe your claim.*] _____

_____

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you present Ground Three to the Final Reviewing Authority? ☐ Yes. ☐ No, because _____

_____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [*Check all that apply.*]

- ☒ Report of Conduct
- ☒ Screening Report
- ☒ Report of Disciplinary Hearing
- ☒ Letter from the Final Reviewing Authority
- ☒ Other relevant documents: *Disciplinary Hearing Appeal // Also see Attached.*

## RELIEF

I ask for the following relief: *For this write up to be removed and my time given back.*

_____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on 11 / 17 /20 21 at 7:06 am/pm.

[*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____                    *250347*
Signature                                           Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Ground One - Lack of Evidence

I was not present during the shake down of my cell. I feel that could have been planted or made up. I live below 4 other ranges.