Im attaching a request slip dated 8/30/21 because after I was found guilty, I asked for a copy of my Report of Disciplinary Hearing. This was my second request. I never got my first one back. I wanted it for my appeal. Mrs. Smith the DHB lady told me she was going to send me a copy of the report the day she found me guilty, because there was no way to read her comments. She responds I have to get that through my unit team.

I sent a request to my unit team asking for a copy of my Disciplinary Hearing on 10/11/21. Then another request on 10/18/21 asking for the same thing. Instead they sent me a copy of my Disciplinary Hearing Appeal. (Attached together.) Then on 10/22/21 I wrote again saying I never asked for a copy of my Appeal but of my Hearing. I finally got it. (Attached together)

Also I did have work orders to get my sink, toilet, and cable fixed. I turned over request slips to the DHB & my lay advocate as evidence showing there was work orders put in. I never got those request slips back from DHB.

Sorry for the delay, but I provided these request slips showing that I was given the run-around by staff for copies I was requesting.

Nykee Edwards
DOC# 250547
[signature]

**INDIANA DEPARTMENT OF CORRECTION**

**REQUEST FOR INTERVIEW**

TO: ______________ OFFICE: ______________ DATE: 10/22/21

NAME: Nykie Edwards DOC#: 250347 DORM DE506 ASSIGNMENT: ______________

Reason for request (be as definite as possible) I did not ask For no copy of my Disciplinary Hearing Appeal. I asked For a copy of Disciplinary Hearing For the reason of my A-106. The report is what I'm asking For.

*** DO NOT WRITE BELOW THIS LINE ***

Action: ______________

By: ______________ ______________



RECEIVED BY DE 506 AUG 24 2021 CLASSIFICATIONS

# REPORT OF DISCIPLINARY HEARING

State Form 39586 (R10 / 2-20)
INDIANA DEPARTMENT OF CORRECTION

| | | | |
|---|---|---|---|
| Name of offender: Edwards | Case number: ISP 21-07-0022 | | Date assigned (month, day, year): 7-6-2021 |
| | | | DOC Number: 250347 |
| Facility: ISP | | | Date of hearing (month, day, year): 08/04/2021 / 8-23-2021 KAT |
| Offense: WEAPON | Code number: 106 | Date of alleged offense (month, day, year): 6-22-21 | Plea: N. Guilty per Smith |

Offender's comment

"I Put in a request slip for maintenance to fix my stuff." * Workorder for my cell *

The evidence and / or witness statements that you requested at your screening or were otherwise requested by staff was / were considered.
The following evidence was relied on to reach the decision in this hearing:

- [x] Staff Reports
- [ ] Statement of Offender
- [ ] Evidence from Witnesses
- [x] Other (specifically Confiscation slip)
- [x] Physical Evidence (specifically Offender location / Photo Evidence)
- [ ] Video Evidence
- [ ] Incident Viewable
- [ ] Incident not viewable

Decision
- [ ] Dismissed
- [x] Guilty
- [ ] Not Guilty

Continuance requested? [x] Yes [x] No (SS)

Reason for decision: The physical Evidence support the nature of the hearing.

**If finding is guilty, the following sanction(s) is / are hereby imposed / recommended:**

**Non-Grievous Loss**
- [ ] Written reprimand, specifically:
- [ ] Change in work / housing assignment, specifically:
- [ ] Disciplinary restrictive housing (less than sixty (60) days), specifically:
- [ ] Extra work duty, specifically:
- [ ] Inter-Facility transfer recommendation, specifically:
- [ ] Loss of privileges, specifically:
- [ ] Restitution ($250.00 or less), specifically:

**Grievous Loss**
- [x] Disciplinary restrictive housing, specifically: X 30 days of seg "suspend"
- [ ] Restitution (over $250.00), specifically:
- [x] Recommended earned credit time deprivation of 180 days. (suspend)
- [ ] Recommended Credit Class (CC) change, demotion:
- [ ] Imposition of suspended sanction: Case number:
  Sanction Imposed:

**Approved**

[signature] 8-25-21

Reason(s) for sanction(s) imposed
- [x] Seriousness
- [x] Frequency / Nature
- [x] Offender's attitude and demeanor during hearing
- [x] Degree to which violation disrupted / endangered security of facility
- [x] Likelihood of sanction having a corrective effect on offender's future behavior

| Effective date (month, day, year) | Available Earned Credit Time (ECT) to deprive as of effective date | New Earliest Possible Release Date (EPRD) after action(s) (month, day, year) |
|---|---|---|
| | | |

I have been made aware of this disposition / recommendation and of my rights to appeal.

| | | |
|---|---|---|
| Signature of offender: X unable to sign "cuffed" DCH | | Date signed (month, day, year): 08/23/2021 |
| Name of member | Name of chairman: X [signature] | Name of member |

**DISTRIBUTION:** White - Facility Packet; Canary - Central Office Packet; Pink - Offender



# NOTICE OF DISCIPLINARY HEARING (SCREENING REPORT)

State Form 39585 (R7 / 1-14)

INDIANA DEPARTMENT OF CORRECTION

DE506

~~CE 133~~

| Name of offender: EDWARDS | Offender's DOC number: 250347 | Facility: ISP |
|---|---|---|
| Alleged offense: WEAPON | Code number: 106 | Offense date (month, day, year): 6-22-2021 |
| Reported by: DAVIS | Mental health code: A / Mental health staff notified: N/A | Housing unit: CE |

You are being referred for a hearing on the above code violation. You may enter a plea of *guilty* or *not guilty* to this offense, as indicated below. A plea of guilty or a finding of guilt may result in the imposition of sanctions in accordance with the sanctioning guidelines in Policy 02-04-101, "The Disciplinary Code for Adult Offenders." If you choose to plead guilty, you are admitting the material allegations and thus waive the rights indicated below; you will be scheduled to appear, by yourself, for a disposition hearing. If you choose to plead not guilty, you will be scheduled to appear before the appropriate disciplinary hearing body. If you plead not guilty, the following rights shall apply to your hearing:

- The right to lay representation,in accordance with the administrative procedures for Policy 02-04-101.
- The right to request a witness(es) in your behalf, subject to approval.
- The right to a fair hearing before impartial decision makers.
- The right to a minimum of twenty-four (24) hours notice prior to appearing on a given charge.
- The right to present documentary evidence in your behalf.
- The right to be present at the hearing, except while deliberations are in progress.
- The right to speak in your own behalf at the hearing. If you choose to remain silent, your silence may not be held against you.
- The right to a written copy of findings of fact in your case.

TG

| My plea in the above cited case is: ☐ Guilty ☒ Not Guilty | Notification date (month, day, year): 7-7-21 | Notified by: T. Garcia | Time: 929 ☒ AM ☐ PM |
|---|---|---|---|
| I wish to have a lay advocate. ☒ Yes ☐ No | Name and number of advocate | | |

☒ I do not wish to call any witnesses.

☐ I wish to call the following witness(es): *(Specify name(s) and number(s) or name(s) and title(s) for staff and the expected testimony)*

☒ I do not request any physical evidence.

☒ I wish to request the following physical evidence: *(Specify the evidence to be considered)*

**NOTE: Failure to request witness(es) or physical evidence may waive your right to have the witness' testimony or physical evidence presented / considered at your hearing.**

| Case number | Date assigned | Earliest date of hearing | Nature of hearing | Waive 24 hour notice of hearing |
|---|---|---|---|---|
| ISP 21-07-0022 | 7-6-21 | 7-7-21 | ☒ Full ☐ Disposition | ☒ Yes ☐ No |

Your case is scheduled for hearing / disposition as noted. You will be notified to appear on or after that date, subject to postponement.

I have been notified of the above cited case filed against me and have been advised of my rights under due process as enumerated above.

| Signature of witness | Signature of offender |
|---|---|
| [signature] | [signature] |

DISTRIBUTION: Original - Facility Packet; Copy - Central Office; Copy - Offender



# NOTICE TO LAY ADVOCATE / WITNESS

State Form 35447 (R7 / 3-19)
INDIANA DEPARTMENT OF CORRECTION

| Name of offender | DOC number | Case number |
|---|---|---|
| Edwards | 250347 | ISP21-07-0021 |
| **Offense** | **Code number** | **Date of alleged offense** *(month, day, year)* |
| Weapon | 106 | 6/22/21 |

## ☐ LAY ADVOCATE

| Name of requested lay advocate | DOC number | Housing unit |
|---|---|---|
| Hatch | 138169 | I-422 |

The above-named offender has requested your assistance as Lay Advocate in a Disciplinary Hearing. As the Lay Advocate, you will assist the accused offender in the preparation of the case and you may be requested to assist in an appeal of this case. You are not required to represent this offender as a Lay Advocate.

☒ I AGREE to be Lay Advocate. ☐ I REFUSE to be Lay Advocate.

| Signature | Date *(month, day, year)* | Witness | Date *(month, day, year)* |
|---|---|---|---|
| [signature] | 8/4/21 | [signature] | 08/04/2021 |

☐ LAY ADVOCATE WAS DENIED. *Explain reason for denial.*

## ☐ WITNESS

| Name of witness | DOC number *(if applicable)* | Housing unit *(if applicable)* |
|---|---|---|
| | | |

You have been requested by the above-named offender to appear as a witness and testify as to your knowledge of the above-named alleged violation of the Appropriate Disciplinary Code. If you do not appear, you must give a written statement as to your knowledge of this alleged offense. Whether you appear in person or provide a written statement, you are required to tell the truth or be subject to disciplinary action.

☐ STATEMENT OF WITNESS TAKEN AT DISCIPLINARY HEARING *(PREFERED)*.

☐ WRITTEN STATEMENT IN LIEU OF WITNESS APPEARING AT HEARING.

**The written statement is a true and accurate summary of my knowledge of the incident.**

| Signature | Date *(month, day, year)* | Witness | Date *(month, day, year)* |
|---|---|---|---|
| | | | |

WITNESS DID NOT APPEAR AT HEARING. *Explain reason witness did not appear.*

| Name of staff person recording witness statement | Title | Date *(month, day, year)* |
|---|---|---|
| | | |

**DISTRIBUTION:** Original - Facility Packet; Copy - Central Office Packet; Copy - Offender

# EVIDENCE RECORD

State Form 2237 (R2/8-98)

FACILITY

CASE #

1 Name and description of article

Not my Cell

2. Date found (month, day, year): 6/22/21

3. Time: 0958 ☑ A.M. ☐ P.M.

4 Building or area found: CCH 133E MIDWAY FOUND IN VENT

5 Name: EDWARDS

6. DOC #: 250347

7 Housing: CCH 13E MIDWAY

8 Staff person finding article: DAVIS

Printed name of staff person: DAVIS

Position of staff person: Eo-I

9 Printed name of witness:

Printed name of witness:

Printed name of witness:

| 10 Loc delivered to | 11 By | 12 Date | 13 Time | 14 Recvd by |
|---|---|---|---|---|
| A. ARNDT | DAVIS | 6/22/21 | 0958 | [signature] |
| | | | | |
| | | | | |

**INDIANA DEPARTMENT OF CORRECTION**

REQUEST FOR INTERVIEW

TO: Marsh OFFICE: DATE: 10/11/21

NAME: Nykee Edwards DOC#: 250347 DORM: DE506 ASSIGNMENT:

Reason for Request: (be as definite as possible)

Could I get a copy of my disciplinary hearing report out of my packet that shows my time / sanctions - This is my second request asking this since I been found guilty

★★★DO NOT WRITE BELOW THIS LINE★★★

Action:

YOU NEED TO LET ME KNOW WHICH OFFENSE YOU ARE REFERRING TO

State Form 36935 (R/4-91) By:

**INDIANA DEPARTMENT OF CORRECTION**

**REQUEST FOR INTERVIEW**

TO: DHB OFFICE: ______ DATE: 8/30/21

NAME: Nykie Edwards DOC#: 250347 DORM DE50C ASSIGNMENT: ______

Reason for request (be as definite as possible)

Could you please send me a copy of my 'Report Of Disciplinary Hearing.' This is my second request. I understand I have 14 day to file on appeal which I am also waiting on from unit team.

*** DO NOT WRITE BELOW THIS LINE ***

Action: Copies Are Requested Through your unit Team who get Them From your Packet

State Form 36935 (R/4-91)

By: ______

**INDIANA DEPARTMENT OF CORRECTION**

REQUEST FOR INTERVIEW

TO: ______ OFFICE: ______ DATE: 10/18/21

NAME: Edwards, N DOC#: 250347 DORM: OE506 ASSIGNMENT: ______

Reason for Request: (be as definite as possible) I need a copy of my Disciplinary hearing for my A-106 that Im in lockup for. ______ And can I get 4 request slips too.

★★★DO NOT WRITE BELOW THIS LINE★★★

Action: ______

State Form 36935 (R/4-91) By: ______



**DISCIPLINARY HEARING APPEAL**
State Form 39587 (R5/8-14)
DEPARTMENT OF CORRECTION

RECEIVED SEP - 7 2021 By ____

Case Number: ISP21-07-0022

RECEIVED BY SEP 16 2021

*INSTRUCTIONS: Type or print clearly.*

| Name of Offender: Nykie Edwards | | Offender's DOC Number: 250347 | Facility: ISP | Housing Unit: DESO6 |
|---|---|---|---|---|
| Date of Hearing: *(Month, Day, Year)* 8/23/21 | Offense: A-106 | Code Number: 106 | Date of First Appeal: *(Month, Day, Year)* 9/1/21 | |

*INSTRUCTIONS:*
*Appeal must first be made to the facility head within fifteen (15) working days of the hearing. The individual making the appeal will do so in Section 1 and forward to the facility head, who will make his response in Section 2. The facility head is the final reviewing authority for appeals not involving grievous loss sanctions.* ***(If the response is unfavorable and involves grievous loss sanctions, the offender may then forward the appeal, within fifteen (15) working days of the date the response is received from the facility head, to the appropriate Final Reviewing Authority).***

**SECTION 1**

*Appeal to Facility Head (Be specific in stating reason(s) for appeal.)*

There was a shakedown of my cell outside of my presence. There was a suppose weapon found outside my cell in a common AREA: on the catwalk behind my cell, sticking out of my vent. I asked for proof of video/picture of that coming out of my cell. That weapon could have fallen from 500, 400, 300, 200, or maybe be planted. When I first moved into that cell, I had the cell inspected. Nothing came about it. And all the work orders I've been puting in to get my toilet, cable, and sink fixed, nobody never said anything. I asked for video/picture to see amount of dust collected to see how long it could have been back there. I also asked for the bag to be dusted for prints. I came across people who was found not guilty after having weapons found in light fixtures, and behind or under locker cabinets. There was no weapon found inside my cell, I couldn't get any evidence I asked for. I'm asking how could they just assume it was coming from my vent It could have been found anywhere in the midway, and put it on me

Signature of Offender: [signature]

Date: *(Month, Day, Year)* 9/2/21

**SECTION 2**

*Response of Facility Head to Appeal*

~~EDWARDS, Nykie 250347 ISP 21-07-0022~~

The Disciplinary Hearing Officer considered all evidence presented at the hearing and made the decision to find you guilty. You provide no substantial evidence to indicate that was not the correct decision. There were no *due process* errors, nor inconsistencies in the application of your sanction. I find no reason to reverse the findings or modify the sanctions.

~~As your sanction(s) include grievous loss, you may appeal to the final reviewing authority.~~

Your appeal is denied

Signature of Facility Head: [signature]

Date: *(Month, Day, Year)* 9/13/21

**NOTE: Offender is responsible for sending copy to Central Office if final review and decision is required.**

DISTRIBUTION: Original - Offender; Copy - Central Office, Copy - Offender Packet



DE-506

**STATE OF INDIANA**
**Department of Correction**
Indiana Government Center—South
302 W. Washington Street • Indianapolis, Indiana 46204-2738
Phone: (317) 232-5711 • Fax: (317) 232-6798 • Website: www.in.gov/idoc/

**Eric J. Holcomb**
Governor

**Robert E. Carter Jr.**
Commissioner

September 30, 2021

#250347 EDWARDS, NYKIE
Indiana State Prison
One Park Row
Michigan City, Indiana 46361

ISP 21-07-0022

I am in receipt of your appeal of this disciplinary action.

The procedure and due process of this case appear to be true and accurate. The charge is clear; the evidence sufficient. The sanctions are within the guidelines of the Disciplinary Code for Adult Offenders. There is no present information indicating modification or dismissal is necessary.

All evidence requests were addressed and a photograph was provided.

**APPEAL DENIED**

Elise Gallagher
Appeal Review Officer

cc: Offender Packet (facility)
Offender Packet (CO)

X ____________________ X 10/4/21
Signature of offender Date

______________ CCO3 10·4·21
Signature of witness (please include title) Date

# DISCIPLINARY HEARING APPEAL

State Form 39587 (R5/8-14)
DEPARTMENT OF CORRECTION

| Case Number: |
|---|
| [illegible] |

*INSTRUCTIONS: Type or print clearly.*

| Name of Offender: | Offender's DOC Number: | Facility: | Housing Unit: |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

| Date of Hearing: *(Month, Day, Year)* | Offense: | Code Number: | Date of First Appeal: *(Month, Day, Year)* |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

*INSTRUCTIONS:*
*Appeal must first be made to the facility head within fifteen (15) working days of the hearing. The individual making the appeal will do so in Section 1 and forward to the facility head, who will make his response in Section 2. The facility head is the final reviewing authority for appeals not involving grievous loss sanctions.* ***(If the response is unfavorable and involves grievous loss sanctions, the offender may then forward the appeal, within fifteen (15) working days of the date the response is received from the facility head, to the appropriate Final Reviewing Authority).***

## SECTION 1

*Appeal to Facility Head (Be specific in stating reason(s) for appeal.)*

[illegible]

| Signature of Offender: | Date: *(Month, Day, Year)* |
|---|---|
| [illegible] | [illegible] |

## SECTION 2

*Response of Facility Head to Appeal*

EDWARDS, Nykie 250347 ISP 21-07-0022

The Disciplinary Hearing Officer considered all evidence presented at the hearing and made the decision to find you guilty. You provide no substantial evidence to indicate that was not the correct decision. There were no *due process* errors, nor inconsistencies in the application of your sanction. I find no reason to reverse the findings or modify the sanctions.

As your sanction(s) include grievous loss, you may appeal to the final reviewing authority.

Your appeal is denied.

| Signature of Facility Head: | Date: *(Month, Day, Year)* |
|---|---|
| [illegible] | [illegible] |

**NOTE: Offender is responsible for sending copy to Central Office if final review and decision is required.**

DISTRIBUTION: Original - Offender; Copy - Central Office, Copy - Offender Packet



# NOTICE OF DISCIPLINARY HEARING (SCREENING REPORT)

State Form 39585 (R7 / 1-14)

INDIANA DEPARTMENT OF CORRECTION

| Name of offender | Offender's DOC number | | Facility |
|---|---|---|---|
| EDWARDS | 250347 | | ISP |
| **Alleged offense** | **Code number** | | **Offense date** *(month, day, year)* |
| WEAPON | 106 | | 6-22-2021 |
| **Reported by** | **Mental health code** | **Mental health staff notified** | **Housing unit** |
| DAVIS | A | N/A | CE |

You are being referred for a hearing on the above code violation. You may enter a plea of *guilty* or *not guilty* to this offense, as indicated below. A plea of guilty or a finding of guilt may result in the imposition of sanctions in accordance with the sanctioning guidelines in Policy 02-04-101, "The Disciplinary Code for Adult Offenders." If you choose to plead guilty, you are admitting the material allegations and thus waive the rights indicated below; you will be scheduled to appear, by yourself, for a disposition hearing. If you choose to plead not guilty, you will be scheduled to appear before the appropriate disciplinary hearing body. If you plead not guilty, the following rights shall apply to your hearing:

- The right to lay representation,in accordance with the administrative procedures for Policy 02-04-101.
- The right to request a witness(es) in your behalf, subject to approval.
- The right to a fair hearing before impartial decision makers.
- The right to a minimum of twenty-four (24) hours notice prior to appearing on a given charge.
- The right to present documentary evidence in your behalf.
- The right to be present at the hearing, except while deliberations are in progress.
- The right to speak in your own behalf at the hearing. If you choose to remain silent, your silence may not be held against you.
- The right to a written copy of findings of fact in your case.

TG

| My plea in the above cited case is: | Notification date *(month, day, year)* | Notified by | Time |
|---|---|---|---|
| ☐ Guilty ☒ Not Guilty | 7-7-21 | T. Garcia | 929 ☐ AM ☐ PM |
| **I wish to have a lay advocate.** | **Name and number of advocate** | | |
| ☒ Yes ☐ No | | | |

☒ I do not wish to call any witnesses.

☐ I wish to call the following witness(es): *(Specify name(s) and number(s) or name(s) and title(s) for staff and the expected testimony)*

☐ I do not request any physical evidence.

☐ I wish to request the following physical evidence: (*Specify the evidence to be considered*)

**NOTE: Failure to request witness(es) or physical evidence may waive your right to have the witness' testimony or physical evidence presented / considered at your hearing.**

| Case number | Date assigned | Earliest date of hearing | Nature of hearing | Waive 24 hour notice of hearing |
|---|---|---|---|---|
| ISP 21-07-0022 | 7-6-21 | 7-7-21 | ☒ Full ☐ Disposition | ☒ Yes ☐ No |

Your case is scheduled for hearing / disposition as noted. You will be notified to appear on or after that date, subject to postponement.

I have been notified of the above cited case filed against me and have been advised of my rights under due process as enumerated above.

| Signature of witness | Signature of offender |
|---|---|
| [signature] | [signature] |

**DISTRIBUTION:** Original - Facility Packet; Copy - Central Office; Copy - Offender



# REPORT OF CONDUCT

State Form 39590 (R5 / 2-19)
INDIANA DEPARTMENT OF CORRECTION

CE133

| Case number | ISP 21-07-0022 |
|---|---|
| Date assigned (month, day, year) | 21-7-2021 |

***INSTRUCTIONS:*** *Type or Print clearly.*

***NOTE TO REPORTING EMPLOYEE:*** *This report is to be filled out in triplicate. All copies shall be forwarded to the screening officer, in accordance with the Disciplinary Code for Adult Offenders.*

| Name of offender | DOC number of offender | Facility | Housing unit |
|---|---|---|---|
| Edwards, Nykie | 250347 | ISP | CE-133 |

| Date of incident (month, day, year) | Time of incident | Place of incident | Date report written (month, day, year) |
|---|---|---|---|
| 6-22-21 | Approx. 9:58 ☑ AM ☐ PM | Midway, coming out of vent behind CE-133 | 6-22-21 |

| Offense | Code number |
|---|---|
| Use/possession of a dangerous/deadly weapon | A-106 |

**DESCRIPTION OF INCIDENT** ***(If more space is needed, attach additional sheets in triplicate.)***

*Identify the conduct violation that was committed. Describe the conduct violation in detail. Be sure to identify everyone involved in the conduct violation and all witnesses to the conduct violation. Explain in detail what you observed and how the offender's conduct amounts to a violation of the Adult Disciplinary Code. Note any unusual behavior by the offender, if applicable.*
*If the conduct report is for a violation of B202, B231, or C305, describe the characteristics of the substance that led you to believe the substance was a controlled substance or tobacco, or describe the characteristics / behaviors that led you to believe the offender was under the influence of intoxicants.*

On 6-22-21 at approximately 9:58 a.m., a routine search was conducted of the 100 range midway in CCH. During the search, a pointed weapon was found in a bag hanging out the vent coming from the back of cell CE-133 where Offender Edwards is housed.

| Disposition of physical evidence, if any | | | |
|---|---|---|---|
| IA | | | |
| Witness(es), if any | | | |
| Signature of reporting employee: [signature] | Name and title (please print): Davis, IA | Screening officer: [signature] Garcia | |
| Signature of immediate supervisor: [signature] | Name and title (please print): A. Jonas, IA 3 | Date (month, day, year): 6-22-21 | Time: 9:58 ☑ AM ☐ PM |

***FOR SCREENING OFFICERS ONLY***

| Copy of report delivered to offender by: | Date report delivered (month, day, year) |
|---|---|
| [signature] Garcia | 7-7-21 |
| Signature of offender receiving copy | |

**DISTRIBUTION:** Original - Offender; Copy - Central Office; Copy - Facility Packet