UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

NYKIE EDWARDS,

    Petitioner,

    v.                              CAUSE NO. 3:21-CV-895-MGG

WARDEN,

    Respondent.

### ORDER

Nykie Edwards, a prisoner without a lawyer, filed a habeas corpus petition challenging the prison disciplinary hearing (ISP-21-7-22) in which a disciplinary hearing officer (DHO) found him guilty of possessing a weapon in violation of Indiana Department of Correction Offenses 106.

In the motion to dismiss, the Warden argues that this case is moot because the sanctions affecting the fact or duration of his sentence were suspended and can no longer be imposed. The Warden supports this argument with the hearing report and the departmental policy regarding suspended sanctions. ECF 9-6; ECF 9-10. Consequently, the court finds that the claims raised in the petition are moot. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

Because Edwards is not entitled to habeas relief, the petition is denied. If Edwards wants to appeal this decision, he does not need a certificate of appealability

because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d 665, 666 (7th Cir. 2009). However, he may not proceed in forma pauperis on appeal because the court finds that an appeal pursuant to 28 U.S.C. § 1915(a)(3) that an appeal in this case could not be taken in good faith.

For these reasons, the court:

(1) GRANTS the motion to dismiss (ECF 9);

(2) DIRECTS the clerk to enter judgment and to close this case; and

(3) DENIES Nykie Edwards leave to proceed in forma pauperis on appeal.

SO ORDERED on March 18, 2022

                                                s/Michael G. Gotsch, Sr.
                                                Michael G. Gotsch, Sr.
                                                United States Magistrate Judge